UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR BRANDS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00423 |
| ) | |
| MAST-JÄGERMEISTER US, INC., ) | |
| MAST-JÄGERMEISTER US HOLDING, ) | |
| INC., SOUTHERN GLAZER'S WINE ) | |
| AND SPIRITS OF MISSOURI, LLC, ) | |
| SUPERIOR WINES AND LIQUORS, INC., ) | |
| and SOUTHERN GLAZER'S WINE AND ) | |
| SPIRITS, LLC ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM TO CLERK

COME NOW Defendants Mast-Jägermeister US, Inc., Southern Glazer's Wine and Spirits of Missouri, LLC, Southern Glazer's Wine and Spirits, LLC, and Superior Wines and Liquors, Inc. and file the Acknowledgment of Filing Notice of Removal that the Clerk of the Circuit Court of the City of St. Louis, Missouri has acknowledged receiving and has accepted the filing.

        Respectfully submitted,

        THOMPSON COBURN LLP

By: */s/* Stephen B. Higgins
    Stephen B. Higgins, #25278MO
    Nicholas J. Lamb, #33486MO
    Lawrence C. Friedman, #34382MO
    Amanda Hettinger, #55038MO
    One U.S. Bank Plaza, Suite 2700
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    shiggins@thompsoncoburn.com
    nlamb@thompsoncoburn.com
    lfriedman@thompsoncoburn.com
    ahettinger@thompsoncoburn.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system for service on the following attorneys:

Richard B. Walsh, Jr.
Evan Z. Reid
Oliver H. Thomas
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101

*Attorneys for Plaintiff*

        */s/* Stephen B. Higgins