UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR BRANDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18CV423   HEA ) |
| MAST-JAGERMEISTER US, INC., et al., | ) ) ) |
| Defendants, | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Remand [Doc. #25] is set for Thursday, May 10, 2018, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 19th day of April, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE