UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR BRANDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18CV423   HEA |
| MAST-JAGERMEISTER US, INC., et al., | ) |
| Defendants, | ) |

## ORDER

**IT IS HEREBY ORDERED** that due to the scheduling conflicts of the parties, the hearing set in this matter for Thursday, May 10, 2018, is vacated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court within 14 days of the date of this Order a proposed opinion, memorandum, and order in regard to Plaintiff's Motion to Remand [Doc. #25].

Dated this 1st day of May, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE