UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR BRANDS, INC., | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:18-CV-00423-HEA |
| MAST-JAGERMEISTER US, INC., et al., | ) ) ) |
| Defendant(s). | ) ) ) |

## JUDGMENT IN A CIVIL CASE

☒  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has returned its verdict.

☐  **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐  **Decision by Verdict.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED that on Verdict A, Part 1 the jury found in favor of Plaintiff; Verdict A, Part 2 the jury found Damages in favor of Plaintiff in the amount of $11,750,000. Verdict B the jury found in favor of Defendant**.

November 22, 2021                                          *Gregory J. Linhares*
Date                                                                  Clerk of Court

                                                       By:   /s/ Jennifer Bailey
                                                              JENNIFER BAILEY
                                                              Deputy Clerk